In the Matter of the Accounting of DALLAS S. TOWNSEND et al., as Ancillary Committee of ISABEL D. McHIE, an Incompetent Person, Appellants; ISABEL D. McHIE et al., Respondents.

Argued May 18, 1938; decided July 7, 1938.

*Harold R. Medina, Gardner D. Howie* and *William F. McNulty* for appellants.

*I. Maurice Wormser* and *Murray E. Baron* for Isabel D. McHie, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J. Taking no part: FINCH, J.